DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. THOMAS

No. 323P91

Case below: 103 N.C.App. 264

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 4 September 1991.

STATE v. WILLIAMS

No. 360P91

Case below: 103 N.C.App. 394

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 September 1991. Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 4 September 1991.

WHITE v. FLUOR-DANIEL

No. 322P91

Case below: 103 N.C.App. 392

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 September 1991.